Signed and Filed: January 2, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 14-31867 HLB
)
BRUGNARA PROPERTIES VI, ) Chapter 11
)
        Debtor. )
)

### ORDER TRANSFERRING BANKRUPTCY CASE

Upon due consideration, the Court hereby **ORDERS** as follows:

(1) The above-captioned Chapter 11 case is transferred to the Honorable Dennis Montali.

(2) All future pleadings filed in this case shall include the initials "DM" in the caption.

(3) All hearings in this case shall be set before Judge Montali in the San Francisco Division, Courtroom 22.

**\*\*END OF ORDER\*\***

## Court Service List