# United States Bankruptcy Court
## Northern District of California

In re **Brugnara Properties VI**  
Debtor(s)

Case No. **14-31867**  
Chapter **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Katherine Brugnara**, declare under penalty of perjury that I am the **Interim President** of **Brugnara Properties VI**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 31st day of December, 2014, and subsequently on February 5, 2015, as explained herein:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that the term "INTERIM is defined as a title given to a replacement corporate officer that carries both the authority and responsibility of the officer, where the original corporate officer resigns and a replacement is sought and/or a corporate officer is absent and unable fulfill corporate responsibilities for a period of time exceeding 30 days." The term INTERIM" shall also be referenced indirectly as "Acting" or "Co - "; however, the responsibilities and definition of said role are as defined exclusively above under "INTERIM".

Be It Therefore Resolved, that the role of Luke Brugnara as President of Brugnara Properties VI shall automatically terminate and Katherine Brugnara shall assume the role as Interim President, in the event that Luke Brugnara shall be incapacitated or otherwise suffer any deprivation of liberty that prevents Luke Brugnara from serving as President, or, in the event that Luke Brugnara shall no longer be able to actively manage the affairs of Brugnara Properties VI, in the interests of the corporation, its shareholders, and all its creditors, then, at the sole determination of Katherine Brugnara, upon the occurrence of any such instance, Katherine Brugnara shall automatically assume the corporate title of Interim President.

Be It Therefore Resolved, on February 5, 2015, Katherine Brugnara held a second meeting of the Board of Directors of Brugnara Properties VI and determined that Luke Brugnara was no longer able to actively manage the affairs of Brugnara Properties VI.

Be It Therefore Resolved, on February 5, 2015, it was determined that Katherine Brugnara shall serve as the sole Interim President and shall continue under said role for the foreseeable future.

Be It Therefore Resolved, that **Katherine Brugnara**, **Interim President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Katherine Brugnara**, **Interim President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Katherine Brugnara**, **Interim President** of this Corporation is authorized and directed to employ **Matthew D. Metzger 240437**, attorney and the law firm of **Belvedere Legal, PC** to represent the corporation in such bankruptcy case."

Date **March 30, 2015**

Signed **/s/ Katherine Brugnara**  
**Katherine Brugnara**

# Resolution of Board of Directors
## of
## Brugnara Properties VI

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Luke Brugnara**, **former President** of this Corporation, was authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Therefore Resolved, that, as of February 5, 2015, **Katherine Brugnara**, **Interim President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Katherine Brugnara**, **Interim President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Katherine Brugnara**, **Interim President** of this Corporation is authorized and directed to employ **Matthew D. Metzger 240437**, attorney and the law firm of **Belvedere Legal, PC** to represent the corporation in such bankruptcy case.

Date **March 30, 2015**               Signed **/s/ Katherine Brugnara**
                                             **Katherine Brugnara**