```
                                         Entered on Docket
                                         April 23, 2015
                                         EDWARD J. EMMONS, CLERK
                                         U.S. BANKRUPTCY COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
```


1  Martha J. Simon (State Bar No. 98251)
   LAW OFFICES OF MARTHA J. SIMON  **Signed and Filed: April 22, 2015**
2  155 Montgomery Street, Suite 1004
   San Francisco, California 94104
3  Telephone: (415) 434-1888
   Facsimile: (415) 434-1880
4
                                          _____
   Attorneys for Secured Creditor
5  Saxe Mortgage Company                  **DENNIS MONTALI**
                                          **U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 14-31867 |
| | ) Chapter 11 |
| Brugnara Properties VI | ) |
| | ) RS No. MJS-1 |
| | ) |
| Debtor. | ) ORDER ON MOTION FOR RELIEF |
| | ) FROM THE AUTOMATIC STAY OF |
| | ) 11 U.S.C. §362(a) |

A hearing came on regularly before this court on April 16, 2015, on Saxe Mortgage Company's motion for relief from stay, the Honorable Dennis Montali presiding. Martha J. Simon appeared on behalf of the moving party Saxe Mortgage Company and Matthew D. Metzger appeared on behalf of the Debtor Brugnara Properties VI.

The matter having been considered and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Saxe Mortgage Company shall have relief from the automatic stay of 11 U.S.C. §362(a) effective July 27, 2015, at which time or any time thereafter, it may pursue all of its state law rights and remedies under its deed of trust recorded against that certain real property

commonly known as 224 Sea Cliff, San Francisco CA 94121 ("The Property"), and more particularly described as:

> BEGINNING at a point on the Northerly line of Sea Cliff Avenue, distant thereon 74.302 feet Westerly from the Southwesterly corner of Lot No. 76 of Subdivision No. 1 of Sea Cliff in the City and County of San Francisco, State of California, according to Map thereof recorded April 1, 1913, in Book "C" of Maps, Pages 98 and 99, in the Office of the Recorder of the City and County of San Francisco, State of California; running thence Westerly, along the said line of Sea Cliff Avenue, 54.493 feet thence North 3' 22 West 132.071 feet; thence North 88" East 29,011 feet; thence North 4" 30' 29" East 42.240 feet to a line of ordinary high tide of the waters of the Pacific Ocean; thence North 64" 48 40" East, along said line of ordinary high tide, 21.122 feet; thence South 3' 23 East 178,127 feet to the point of beginning.
>
> APN: Block 1307 Lot 0015

2. Debtor may move to extend the above referenced date on 10 days notice if and only if it has a bona fide accepted offer on The Property, with no conditions, and ready to close.

3. The 14 day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

**END OF ORDER**

Approved as to form and content.

BELVEDERE LEGAL, PC

/s/Matthew D. Metzger
Matthew D. Metzger
Attorney for Debtor

**COURT SERVICE LIST**