Signed and Filed: May 1, 2015



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| BRUGNARA PROPERTIES VI, | ) No. 14-31867DM ) |
| | ) Chapter 11 ) |
| Debtor. | ) |

ORDER DENYING REQUEST FOR RECONSIDERATION

    The court has considered the Request for Reconsideration of its order granting relief from stay filed on April 24, 2015, by debtor, acting without counsel. Debtor's president, Kay Brugnara, has been told already during this case that debtor must act through its counsel but she has ignored this requirement. That is reason alone to deny the Request.

    The court has also considered the opposition filed by Saxe Mortgage Company, which addresses both the merits of the Request and the fact that it was filed pro se.

    The Request is without merit as it raises nothing of substance that was not before the court when the court heard the Saxe motion and debtor's opposition through counsel on April 16, 2015, and thereafter entered its order granting relief from stay on April 23, 2015 (approved as to form by debtor's counsel).

-1-

Under these circumstances there is no reason to reconsider the order.

The only thing that has changed since then is that the court has approved the engagement of a real estate professional to sell the debtor's real property. In her declaration supporting the application to employ that professional, Kay Brugnara stated under oath:

> By this Application, the Debtor seeks to employ and retain the real estate broker Shaban Shakoori as identified herein (the "Broker") to serve as a ***seller's side only* broker** in order to liquidate the Subject Property for the benefit of the estate and its creditors. (Emphasis in the original.)

If debtor truly intends to liquidate the property, the court's April 23 order permits it to seek more time:

> Debtor may move to extend the above referenced date on 10 days notice if and only if it has a bona fide accepted offer on The Property, with no conditions, and ready to close.

If debtor is engaging in a pretense, with no intention to sell, then its remedy is to reinstate or pay off the Saxe loan before Saxe has permission to resume foreclosure.

For all of the reasons set forth above, the Request For Reconsideration is DENIED.

**END OF ORDER**