MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
BELVEDERE LEGAL PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** | ) Case No. 14-31867 DM 11 |
| **BRUGNARA PROPERTIES VI, a California corporation;** | ) Chapter 11 |
| **Debtor(s).** | ) Date: July 17, 2015 |
| | ) Time: 10:00 a.m. |
| **Tax ID: EIN: XX-XX3281** | ) Place: 235 Pine St., 22nd Floor |
| | ) San Francisco, California |
| | ) Judge: Honorable Dennis Montali |

## DECLARATION OF MATTHEW D. METZGER IN SUPPORT OF MOTION TO DISMISS CASE

-1-

I, Matthew D. Metzger, declare as follows:

1. I am counsel for the above-captioned estate. I make this declaration in support of the Motion to Dismiss Case. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2. On information and belief, the Interim President of the Debtor, Ms. Katherine Brugnara would like to enter into a loan refinancing agreement, provided the Court agrees to enter an order dismissing the case.

3. On June 10, 2015, Ms. Brugnara sent me a request in writing to file a motion to dismiss the case due to Ms. Brugnara's decision to pursue the refinancing of secured junior lienholder Saxe Mortgage, provided the Court agrees to dismiss said case.

4. I have requested further clarification form Ms. Brugnara; however, despite multiple efforts, I have been unable to reach Ms. Brugnara and/or otherwise obtain any additional details.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 19, 2015 at San Mateo, California.

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Matthew D. Metzger

-1-