**Entered on Docket**
**July 17, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MATTHEW D. METZGER (SBN 240437) Signed and Filed: July 17, 2015
mmetzger@belvederelegal.com
BELVEDERE LEGAL, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile: (415) 513-5985

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISON

| | |
|---|---|
| **In re** | ) Case No. 14-31867 DM 11 |
| | ) |
| **BRUGNARA PROPERTIES VI, a California corporation;** | ) Chapter 11 |
| | ) |
| **Debtor(s).** | ) Date: July 17, 2015 |
| | ) Time: 1:30 p.m. |
| **Tax ID: EIN: XX-XX3281** | ) Place: 235 Pine St., 22nd Floor |
| | )         San Francisco, California |
| | ) |
| | ) Judge: Honorable Dennis Montali |

### ORDER GRANTING
### MOTION TO DISMISS CASE

The Debtor's Motion to Dismiss Case pursuant to 11 U.S.C. § 1112 (b) (the "Motion") came on for hearing before the above-captioned Court, the Honorable Dennis Montali presiding. Present for the Debtor was Matthew D. Metzger, Esq., Belvedere Legal, PC, and the Debtor's Designated Responsible Individual, Ms. Katherine Brugnara. Also present were Saxe Mortgage Company, represented by Ms. Martha J. Simon, Esq., and the Office of the United States Trustee, represented by Ms. Julie M. Glosson, Esq., Trial Attorney.

Having reviewed the pleadings filed in support and in opposition to the Motion and having heard argument of counsel, for the reasons stated on the record and good cause appearing therefor;

**IT IS ORDERED** that the Debtor's Motion is granted and this Chapter 11 case is dismissed.

* * END OF ORDER * *

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | -2- |